AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Johnstone, Edward H | **2. Court or Organization**<br><br>U.S. District Court W.D. Ky | **3. Date of Report**<br><br>04/07/2008 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2007<br>to<br>12/31/2007 |
| **7. Chambers or Office Address**<br><br>217 Federal Building<br>501 Broadway<br>Paducah, Kentucky 42001 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnstone, Edward H | 04/07/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnstone, Edward H | 04/07/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Farmers Bk & Tr Co Ck Accts | A | Interest | K | T | | | | | |
| 2.  Lake Lot, Canton, Ky    ( Assessment $60,000. ) | | None | | | Donation | | | | Gift to Church |
| 3.  1/2 int in oil & gas rgts, land Caldwell Co., Ky | A | Rent | J | W | | | | | |
| 4.  IRA Edw D Jones Co, Wash Mut Investors Fund | A | Dividend | K | T | | | | | |
| 5.  EuroPacific Growth Fund | B | Dividend | M | T | | | | | |
| 6.  Lockheed Martin common | A | Dividend | L | T | | | | | |
| 7.  AT&T (formerly BellSouth).   Merger. | B | Dividend | K | T | | | | | |
| 8.  Franklin Tax Free Income Fund (KY) | D | Distribution | M | T | | | | | |
| 9.  Franklin Utility Fund | A | Dividend | K | T | | | | | |
| 10.  Franklin High Yield Tax Free Income Fund | B | Dividend | K | T | | | | | |
| 11.  Wash Mut Investors Fund | B | Dividend | L | T | | | | | |
| 12.  Washington Mutual Bk Henderson, NV CD | A | Interest | | | redeem | 7/17 | K | | |
| 13.  Edw D Jones Tax Free Money Market Acct | A | Interest | J | T | | | | | |
| 14.  Capital Income Builders Fund | B | Dividend | L | T | | | | | |
| 15.  Chevron Texaco Corp., common | A | Dividend | K | T | | | | | |
| 16.  Hershey Food Corp., common | A | Dividend | J | T | | | | | |
| 17.  Income Fund of America | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnstone, Edward H | 04/07/2008 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. JPMORGAN, TRUSTEE FOR TRUST #1: | | | | | | | | | |
| 19. -JPMorgan (Large Cap Growth) | A | None | M | T | | | | | |
| 20. -JPMorgan (Muni Money Market) | A | Dividend | M | T | | | | | |
| 21. -JPMorgan (Large Cap Value) | A | Dividend | L | T | | | | | |
| 22. -JPMorgan Municipal Ky. Bond Fd | D | Dividend | M | T | | | | | |
| 23. -JPMorgan Mid Cap Growth Fund | A | Dividend | M | T | | | | | |
| 24. -JPMorgan Mid Cap Value Fund | A | Dividend | L | T | | | | | |
| 25. -JPMorgan Small Cap Growth Fund | A | Dividend | K | T | | | | | |
| 26. -JPMorgan Small Cap Value Fund | A | Dividend | K | T | | | | | |
| 27. -JPMorgan U.S. Equity Fund | A | Dividend | L | T | | | | | |
| 28. -JPMorgan International Equity Fund | A | Dividend | K | | | | | | |
| 29. -JPMorgan International Equity Index Fund | A | Dividend | L | T | | | | | |
| 30. -JPMorgan U.S. Real Estate Fund | A | Dividend | J | T | | | | | |
| 31. - Dodge & Cox FDS INTL STK FD | A | Dividend | K | T | | | | | |
| 32. MetLife - Whole Life Policies / Stock | B | Dividend | L | T | | | | | |
| 33. Dept of Veterans Affairs - GI insurance policies | A | Div / Int | K | T | | | | | |
| 34. ING - Whole Life Policies | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnstone, Edward H | 04/07/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BanCorp Bank Wilmington, DE | A | Interest | | | redeem | 7/17 | K | | |
| 36. Capital Fed. Savings Bank Topeka, KA | | None | | | redeem | 7/17 | K | | |
| 37. First Federal of CA Santa Monica, CA | A | Interest | K | T | redeem | 2/14 | K | | |
| 38. Libertyville Bk & Tr Libertyville, IL | A | Interest | | | sold | 7/17 | K | | |
| 39. Discover Bank CD | A | Interest | | | buy | 2/23 | K | | |
| 40. " " | | | | | sell | 7/17 | K | | |
| 41. Discover Bank CD | | | | | buy | 8/24 | K | | |
| 42. - First Merit Bank | | None | | | buy | 6/12 | K | | |
| 43. " " | | | | | sell | 7/17 | K | | |
| 44. Lehman Bros. Bank CD (due 3/2/09 | | | | | buy | 8/24 | K | | |
| 45. Lehman Bros. Bank CD (due 8/29/08) | | | | | buy | 8/24 | K | | |
| 46. Lehman Bros. Bank CD (due 8/30/10) | | | | | buy | 8/24 | K | | |
| 47. Lehman Bros. Bank CD | | | | | buy | 8/24 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnstone, Edward H | 04/07/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Johnstone, Edward H | 2. Court or Organization<br><br>U.S. District Court W.D. Ky | 3. Date of Report<br><br>04/07/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Senior Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>217 Federal Building<br>501 Broadway<br>Paducah, Kentucky 42001 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
> checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE 2008 JUN 16 A 10: 15 RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnstone, Edward H | 04/07/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnstone, Edward H | 04/07/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Farmers Bk & Tr Co Ck Accts | A | Interest | K | T | | | | | |
| 2. Lake Lot, Canton, Ky (Assessment $60,000. ) | | None | | | Donation | | | | Gift to Church |
| 3. 1/2 int in oil & gas rgts, land Caldwell Co., Ky | A | Rent | J | W | | | | | |
| 4. IRA Edw D Jones Co, Wash Mut Investors Fund | A | Dividend | K | T | | | | | |
| 5. American Funds: EuroPacific Growth Fund | B | Dividend | M | T | | | | | |
| 6. Lockheed Martin common | A | Dividend | L | T | | | | | |
| 7. AT&T (formerly BellSouth). Merger. | B | Dividend | K | T | | | | | |
| 8. Franklin Tax Free Income Fund (KY) | D | Distribution | M | T | | | | | |
| 9. Franklin Utility Fund | A | Dividend | K | T | | | | | |
| 10. Franklin High Yield Tax Free Income Fund | B | Dividend | K | T | | | | | |
| 11. Wash Mut Investors Fund | B | Dividend | L | T | | | | | |
| 12. Washington Mutual Bk Henderson, NV CD | A | Interest | | | redeem | 7/17 | K | | |
| 13. Edw D Jones Tax Free Money Market Acct | A | Interest | J | T | | | | | |
| 14. American Funds: Capital Income Builders Fund | B | Dividend | L | T | | | | | |
| 15. Chevron Texaco Corp., common | A | Dividend | K | T | | | | | |
| 16. Hershey Food Corp., common | A | Dividend | J | T | | | | | |
| 17. American Funds: Income Fund of America | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnstone, Edward H | 04/07/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. JPMORGAN, TRUSTEE FOR TRUST #1: | | | | | | | | | |
| 19. -JPMorgan (Large Cap Growth) | | None | M | T | | | | | |
| 20. -JPMorgan (Muni Money Market) | A | Dividend | M | T | | | | | |
| 21. -JPMorgan (Large Cap Value) | A | Dividend | L | T | | | | | |
| 22. -JPMorgan Municipal Ky. Bond Fd | D | Dividend | M | T | | | | | |
| 23. -JPMorgan Mid Cap Growth Fund | A | Dividend | M | T | | | | | |
| 24. -JPMorgan Mid Cap Value Fund | A | Dividend | L | T | | | | | |
| 25. -JPMorgan Small Cap Growth Fund | A | Dividend | K | T | | | | | |
| 26. -JPMorgan Small Cap Value Fund | A | Dividend | K | T | | | | | |
| 27. -JPMorgan U.S. Equity Fund | A | Dividend | L | T | | | | | |
| 28. -JPMorgan International Equity Fund | A | Dividend | K | T | | | | | See Note in Part VIII |
| 29. -JPMorgan International Equity Index Fund | A | Dividend | L | T | | | | | |
| 30. -JPMorgan U.S. Real Estate Fund | A | Dividend | J | T | | | | | |
| 31. - Dodge & Cox FDS INTL STK FD | A | Dividend | K | T | Buy | 3/30 | K | | |
| 32. MetLife - Whole Life Policies / Stock | B | Dividend | L | T | | | | | |
| 33. Dept of Veterans Affairs - GI insurance policies | A | Div / Int | K | T | | | | | |
| 34. ING - Whole Life Policies | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnstone, Edward H | 04/07/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BanCorp Bank Wilmington, DE | A | Interest | | | redeem | 7/17 | K | | |
| 36. Capital Fed. Savings Bank Topeka, KA | | None | | | redeem | 7/17 | K | | |
| 37. First Federal of CA Santa Monica, CA | A | Interest | | | redeem | 2/14 | K | | |
| 38. Libertyville Bk & Tr Libertyville, IL | A | Interest | | | sold | 7/17 | K | | |
| 39. Discover Bank CD | A | Interest | | | buy | 2/23 | K | | |
| 40. " " | | | | | sell | 7/17 | K | | |
| 41. Discover Bank CD | | | | | buy | 8/24 | K | | |
| 42. First Merit Bank | | None | | | buy | 6/12 | K | | |
| 43. " " | | | | | sell | 7/17 | K | | |
| 44. Lehman Bros. Bank CD (due 3/2/09 | | None | K | | buy | 8/24 | K | | |
| 45. Lehman Bros. Bank CD (due 8/29/08) | | None | K | | buy | 8/24 | K | | |
| 46. Lehman Bros. Bank CD (due 8/30/10) | | None | K | | buy | 8/24 | K | | |
| 47. Lehman Bros. Bank CD | | None | K | | buy | 8/24 | K | | |
| 48. Washington Mutual Bank Stockton, CA | A | Dividend | | | sell | 7/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnstone, Edward H | 04/07/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

As shown in prior report of 04/21/06 One Group Mutual Funds combined into the JPMorgan mutual fund family on February 19, 2006. In the listing of assets, JPMorgan International Equity Index Fund and JPMorgan U.S. Equity Fund were shown. We failed to list a fund of similar name, the JPMorgan Equity Fund. Therefore my reports of 04/21/06 and its amended report dated 3//22/07 are now amended to include "JPMorgan International Equity Fund"

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544